Peter Jakab (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway · Suite 930
New York, NY 10279
(212) 732-9290

David Toy, Esq. (admitted in CA and TX)
SPAGNOLETTI & CO.
401 Louisiana St.
8th Floor
Houston, TX 77002-1629
(713) 653 5600

Attorneys for Plaintiff
COMMERCIAL METALS COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMERCIAL METALS COMPANY,

            Plaintiff,

      -against-

M.V. *XIAMEN SKY*, *IN REM,* HER ENGINES, TACKLE, APPAREL, ETC., GLORY OCEAN SHIPPING SA, P&F MARINE CO. LTD., AND HYUNDAI MERCHANT MARINE CO. LTD.,

            Defendants.

ECF CASE

Case No.  07 cv 3306 (RPP)

**Rule 7.1 Statement**

      Plaintiff, pursuant to Federal Rule of Civil Procedure 7.1, states that it has no parent

corporation nor any public held corporation that owns 10% or more of its stock.

Dated: April 25, 2007  
      New York, New York

Respectfully,

FEIN & JAKAB  
The Woolworth Building  
233 Broadway · Suite 930  
New York, NY 10279  
212/732-9290

By: _____/s/_____  
    PETER JAKAB (PJ-8553)

Attorneys for Plaintiffs  
COMMERCIAL METALS COMPANY