Peter Jakab (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway - Suite 930
New York, NY 10279
(212) 732-9290

David Toy (admitted in CA and TX)
SPAGNOLETTI & CO.
401 Louisiana St., 8th Floor
Houston, TX 77002-1629
(713) 653 5600

Attorneys for Plaintiff
COMMERCIAL METALS COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMERCIAL METALS COMPANY,<br><br>Plaintiff,<br><br>-against-<br><br>M.V. *XIAMEN* SKY, IN *REM*, HER ENGINES, TACKLE, APPAREL, ETC., GLORY OCEAN SHIPPING SA, P&F MARINE CO. LTD, AND HYUNDAI MERCHANT MARINE CO. LTD, *IN PERSONAM*<br><br>Defendants. | Case No. 07 CV 3306<br><br>**NOTICE OF DISMISSAL** |

  Plaintiff, Commercial Metals Company ("CMC"), has fully and finally resolved its dispute with each and every Defendant herein, and no longer desires to prosecute this action. No party has appeared, answered or moved for summary judgment as of this date.

  WHEREFORE PREMISES CONSIDERED, and pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1)(A)(i), Plaintiff CMC hereby gives notice that its action is voluntarily dismissed with prejudice.

Dated: January ___, 2008
      New York, New York

Respectfully,

FEIN & JAKAB
The Woolworth Building
233 Broadway · Suite 930
New York, NY 10279
212/732-9290

By: _____/s/_____
    PETER JAKAB (PJ-8553)

Attorneys for Plaintiffs
COMMERCIAL METALS COMPANY