Peter Jakab (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway - Suite 930
New York, NY 10279
(212) 732-9290

David Toy (admitted in CA and TX)
SPAGNOLETTI & CO.
401 Louisiana St., 8th Floor
Houston, TX 77002-1629
(713) 653 5600

Attorneys for Plaintiff
COMMERCIAL METALS COMPANY

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____          │
│ DATE FILED: __1/10/08__          │
└─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMERCIAL METALS COMPANY,

Plaintiff,

-against-

M.V. *XIAMEN* SKY, IN *REM*, HER
ENGINES, TACKLE, APPAREL, ETC.,
GLORY OCEAN SHIPPING SA,P&F
MARINE CO. LTD, AND HYUNDAI
MERCHANT MARINE CO. LTD, *IN
PERSONAM*

Defendants.

Case No. 07 CV 3306

**NOTICE OF DISMISSAL**

Plaintiff, Commercial Metals Company ("CMC"), has fully and finally resolved its

dispute with each and every Defendant herein, and no longer desires to prosecute this action. No

party has appeared, answered or moved for summary judgment as of this date.

WHEREFORE PREMISES CONSIDERED, and pursuant to Federal Rules of Civil

Procedure, Rule 41(a)(1)(A)(i), Plaintiff CMC hereby gives notice that its action is voluntarily

dismissed with prejudice.

Dated: January ___, 2008                    Respectfully,
      New York, New York

                                      FEIN & JAKAB
                                      The Woolworth Building
                                      233 Broadway · Suite 930
                                      New York, NY 10279
                                      212/732-9290

                                      By:_____/s/_____
                                           PETER JAKAB (PJ-8553)

                                      Attorneys for Plaintiffs
                                      COMMERCIAL METALS COMPANY

*This case is closed*
*RPP*
*Janury 9, 2008*